# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
Charleston, Daniel M.
Charleston, Tyiesha I.

Case No. 17-57711-MBM
Chapter 7
Hon. Marci B. McIvor

Debtors.
_____/

## TRUSTEE'S MOTION FOR CONTINUED RULE 2004 EXAMINATION OF THE DEBTORS

**NOW COMES** Chapter 7 Trustee, Wendy Turner Lewis, by and through her undersigned attorneys, DAKMAK PEURACH, P.C., and states as follows:

1. This case was commenced on December 29, 2017 pursuant to the filing of a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. Wendy Turner Lewis is the duly appointed and acting Chapter 7 Trustee in this bankruptcy case.

3. Based upon the information provided to the Trustee in connection with this case, the Trustee has determined that additional information is required from the Debtors in order to properly administer this bankruptcy estate.

4. Pursuant to Bankruptcy Rule 2004, the Court may order the examination of any entity or person on motion filed by any party in interest. The examination may relate to the acts, conduct, or property, or to the liabilities and financial condition of the Debtor, or to any matter which may affect the administration of the Debtor's estate.

5. In this instance, the Trustee is seeking to examine the Debtors in order to accurately determine the status of the Debtors' financial affairs, including two potentially valuable assets: (1) pending litigation against the pharmaceutical manufacturer Bayer; and (2) an existing claim against Debtor Tyiesha Charleston's former employer for sexual harassment and wrongful termination.

6. The Trustee is seeking to review all documents pertaining to Debtor Tyiesha Charleston's scheduled claims against her former employer including, but not limited to, the following:

   A. Copy of all retainer agreements;
   B. Copy of all complaints;
   C. Copy of all correspondence;
   D. Copy of her personnel file;
   E. Copy of any disciplinary actions taken against her;
   F. Copy of her EEOC charge of discrimination;
   G. Copy of any EEOC notice of right to sue that may have been issued;
   H. Copy of any EEOC determinations and/or probable or reasonable cause findings;
   I. Copy of any EEOC conciliation/settlement proposals;
   J. Copy of any witness statements;
   K. Copy of all related text messages;
   L. Copy of all related e-mails;
   M. Copy of any collective bargaining agreement/employee handbooks, and;
   N. Copy of any audio or visual recordings.

7. The Trustee is *also* seeking Debtor Tyiesha Charleston's cooperation to complete the "Plaintiff Fact Sheet" regarding her scheduled claims in the pending litigation against the pharmaceutical manufacturer Bayer.

8. Pursuant to Bankruptcy Rule 2004, the attendance of a person or entity for examination and for the production of documents may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial.

9. As the Trustee of this bankruptcy estate, Wendy Turner Lewis is a party in interest within the meaning of Bankruptcy Rule 2004.

10. The undersigned certifies that on May 18, 2018 and May 31, 2018 the Trustee sought concurrence to the relief requested herein; however, the requested concurrence was not granted.

**WHEREFORE**, Chapter 7 Trustee, Wendy Turner Lewis, respectfully requests that this Honorable Court grant this motion and that it enter the proposed Order attached hereto as **Exhibit 1**.

Respectfully submitted,

DAKMAK PEURACH, P.C.

By: /s/ James J. Tocco
James J. Tocco (P68351)
Attorney for the Trustee
41740 Six Mile Road, Suite 101
Northville, MI 48168
(248) 349-0500 / 349-0600 (fax)
jtocco@gdakmak.com

Date: June 1, 2018

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:
Charleston, Daniel M.　　　　　　　　　　　　　　Case No. 17-57711-MBM
Charleston, Tyiesha I.　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Marci B. McIvor
　　　　Debtors.
_____/

## ORDER FOR CONTINUED RULE 2004 EXAMINATION OF THE DEBTORS

**THIS MATTER** having come before the Court pursuant to the Trustee's Motion for Continued Rule 2004 Examination of the Debtors, notice thereof being served upon the Debtors and Debtors' attorneys, no objection or request for hearing having been made or filed in response thereto, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the Debtors shall appear on **June 22, 2018 at 1:00 P.M.** for a Bankruptcy Rule 2004 examination to be conducted by the Trustee's attorneys, Dakmak Peurach, P.C., and Joey Niskar at the Niskar Law Firm, P.L.L.C., 30445 Northwestern Hwy., Ste. 250, Farmington Hills, MI 48334. The Debtors shall produce, at the examination, copies of the following documents:

**A.** All documents pertaining to Debtor Tyiesha Charleston's scheduled claims against her former employer including, but not limited to, the following:

**Exhibit 1**

1. Copy of all retainer agreements;
2. Copy of all complaints;
3. Copy of all correspondence;
4. Copy of her personnel file;
5. Copy of any disciplinary actions taken against her;
6. Copy of her EEOC charge of discrimination;
7. Copy of any EEOC notice of right to sue that may have been issued;
8. Copy of any EEOC determinations and/or probable or reasonable cause findings;
9. Copy of any EEOC conciliation/settlement proposals;
10. Copy of any witness statements;
11. Copy of all related text messages;
12. Copy of all related e-mails;
13. Copy of any collective bargaining agreement/employee handbooks, and;
14. Copy of any audio or visual recordings.

B. All information regarding the pending litigation against the pharmaceutical manufacturer Bayer that is necessary to complete the Plaintiff Fact Sheet, including the name of the surgical provider who completed the Debtor's Essure® removal surgery, the name of the facility where the procedure was completed, and the date of said procedure.

Official Form 420A (Notice of Motion or Objection) (12/16)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
Charleston, Daniel M.   Case No. 17-57711-MBM
Charleston, Tyiesha I.   Chapter 7
  Hon. Marci B. McIvor

    Debtors.
_____/

Daniel M. Charleston
Tyiesha I. Charleston
25167 Leach St.
Roseville, MI 48066

SSN / ITIN: xxx-xx-4424
SSN / ITIN: xxx-xx-4918

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

    James J. Tocco, Esq., attorney for the Trustee, has filed papers with the Court to conduct the continued Rule 2004 Examination of the Debtors.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

*United States Bankruptcy Court*
*211 W. Fort Street, Suite 1700*
*Detroit, Michigan 48226*

## Exhibit 2

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically. You must also mail a copy to:

*James J. Tocco*
*41740 Six Mile Road, Suite 101*
*Northville, MI 48168*

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Date: June 1, 2018	Signature: /s/ James J. Tocco
	Name:	James J. Tocco (P68351)
		41740 Six Mile Road, Suite 101
		Northville, MI 48168
		(248) 349-0500/349-0600
		jtocco@gdakmak.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| Charleston, Daniel M. | Case No. 17-57711-MBM |
| Charleston, Tyiesha I. | Chapter 7 |
| | Hon. Marci B. McIvor |
| Debtors. | |
| _____/ | |

## PROOF OF SERVICE

I, Theresa A. Speir, declare as follows:

1. I am employed in Northville, Michigan; I am over the age of 18 years; and I am not a party to this action. My business address is 41740 Six Mile Road, Suite 101, Northville, MI 48168.

2. On June 1, 2018, I served the following: Trustee's Motion for Continued Rule 2004 Examination of the Debtors (proposed Order), Notice for Response and Proof of Service in this action by ECF filing upon the Debtors' counsel of record.

I declare under the penalty of perjury that the foregoing is true and correct. Proof of Service executed on June 1, 2018 in Northville, Michigan.

/s/ Theresa A. Speir

_____

Theresa A. Speir
41740 Six Mile Road, Suite 101
Northville, MI 48168

**Exhibit 4**